1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF THE COMPLAINT OF CHARLES HARGITT AND CHRISTINE HARGITT, husband and wife, as owners and operators of the BALAO III, Official No. 293669, for exoneration from or limitation of liability,

Plaintiffs.

_____

LEXINGTON INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL CASUALTY COMPANY, PEMCO MUTUAL INSURANCE COMPANY, NORTHWERN INSURANCE COMPANY OF NEW YORK, STATE FARM FIRE AND CASUALTY COMPANY, FRED ROSENBERRY, and the PORT OF EVERETT,

Third-Party Plaintiffs,

v.

EVERETT YACHT SALES, INC., a Washington Corporation,

Third-Party Defendant.

C06-930Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER   1–

(1) The Court GRANTS IN PART and DENIES IN PART the parties' Stipulated Motion to Continue Trial and Amend Discovery and Pretrial Scheduling Minute Order, docket no. 24, as follows.  The Court continues the trial to **Tuesday, May 27, 2008**.  The Clerk is directed to enter a new scheduling order setting pretrial deadlines in accordance with the new trial date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 15th day of August, 2007.

            BRUCE RIFKIN, Clerk

              s/ Claudia Hawney
           By _____
             Claudia Hawney
             Deputy Clerk

MINUTE ORDER  2–