UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CHARLES HARGITT AND CHRISTINE HARGITT, husband and wife, as owners and operators of the BALAO III, Official No. 293669, for exoneration from or limitation of liability,<br><br>Plaintiffs.<br>_____<br><br>LEXINGTON INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL CASUALTY COMPANY, PEMCO MUTUAL INSURANCE COMPANY, NORTHWERN INSURANCE COMPANY OF NEW YORK, STATE FARM FIRE AND CASUALTY COMPANY, FRED ROSENBERRY, and the PORT OF EVERETT,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>EVERETT YACHT SALES, INC., a Washington Corporation,<br><br>Third-Party Defendant. | C06-930Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER   1–

(1) Pursuant to the Notice of Occurrence of Alternative Dispute Resolution, docket no. 55, the Court STRIKES the pending motions at docket nos. 34, 38, and 42.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 17th day of March, 2008.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
    Claudia Hawney
    Deputy Clerk

MINUTE ORDER   2–